452 A.2d 1109

Pully, Appellants v. Cramer.

Submitted September 20, 1982. Kenneth Lee Rotz, for appellants; Walton Vail Davis, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

452 A.2d 1109

Samples, Appellants v. Lancaster County et al.

Argued September 9, 1980. C. Richard Morton, for appellants; Thomas C. S. Goodman, for Lancaster County, appellee; Christopher S. Underhill, for Huth, appellee; William W. Boyd, for Mesa, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Decree affirmed.